UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARICE TERRELL,<br><br>                Plaintiff,<br><br>      v.<br><br>JOSE LUIS ARIAS, ET AL.,<br><br>                Defendant(s). | Case No. CV 23-07399 KK (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: January 1, 2024

                                              HONORABLE KENLY KIYA KATO
                                              United States District Judge