<div style="text-align:center; color:red">JS-6</div>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DEMARICE TERRELL, | ) | NO. CV 23-07399 KK (KS) |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| JOSE LUIS ARIAS, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 1, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE